UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RALCO INDUSTRIES, INC.,

    Plaintiff,

Case No. 16-cv-11132
Hon. Matthew F. Leitman

v.

TRUE TEMPER SPORTS, INC.,

    Defendant.
_____/

## ORDER TERMINATING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 37)

On September 25, 2019, the parties to this action reached a settlement following a Settlement Conference with Magistrate Judge Patti. (*See* Dkt.) Given that settlement, Defendant's pending Motion for Summary Judgment (ECF No. 37) is **TERMINATED AS MOOT**.

    **IT IS SO ORDERED.**

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: September 26, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 26, 2019, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda
                                          Case Manager
                                          (810) 341-9764